C. M. GRIDLEY & SONS, INC., Respondent, v. NORTHEASTERN CONSOLIDATED Co., Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.